

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2014

No. 04-14-00707-CV

Melissa **BROQUET** and John Broquet,
Appellants

v.

**WALTER MORTGAGE COMPANY**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-12-60-A
Judge Robert Blackmon, Judge Presiding

# O R D E R

The trial court signed a final judgment on June 9, 2014. Appellants filed a timely motion for new trial on July 1, 2014. Therefore, the notice of appeal was due to be filed September 8, 2014. A motion for extension of time to file the notice of appeal was due on September 23, 2014. *See* TEX. R. APP. P. 26.3. Although appellants filed a notice of appeal within the fifteen-day grace period allowed by Rule 26.3, they did not file a motion for extension of time.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

It is therefore ORDERED that appellants file, within fifteen days from the date of this order, a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. If appellants fail to respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c). All other appellate deadlines are suspended until further order of this court except the appellants' payment of the filing fee for this appeal which is due to be paid no later than October 24, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2014.



Keith E. Hottle

Clerk of Court